**Richard Claude NODINE, Petitioner–Appellant,**

v.

**Geraldine P. MIRO, Warden ACI; D.R. Frederick, Director of the South Carolina Department of Corrections; Charles M. Condon, South Carolina Attorney General, Respondents–Appellees.**

No. 02–6952.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 26, 2002.

Richard Claude Nodine, Appellant Pro Se. Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Claude Nodine seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Nodine v. Miro,* No. CR–01–1962–9–23 (D.S.C. May 24, 2002). We also deny Nodine's motion for authorization to file a second or successive application for post-conviction relief in South Carolina courts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*